**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EYDIE T. DIANGELO | ) | |
| individually and on behalf of the class | ) | 08-cv-3205 |
| defined herein, | ) | |
| | ) | Judge Darrah |
| Plaintiffs, | ) | Magistrate Judge Schenkier |
| | ) | |
| vs. | ) | |
| | ) | |
| UNIFUND CCR PARTNERS; | ) | |
| CREDIT CARD RECEIVABLES FUND, INC., | ) | |
| and ZB LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**To:**     **(See attached service list.)**

**PLEASE TAKE NOTICE** that on Wednesday, June 18, 2008 at 9:00a.m., we will appear before Judge Darrah in Room 1203 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, and present: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

                                                                                s/ Daniel A. Edelman
                                                                                Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

# CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on June 9, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via hand delivery on the following individuals:

**Unifund CCR Partners**
c/o Registered Agent
CT Corporation System
251 E. Ohio St., Suite 1100
Indianapolis, IN 46204

**Credit Card Receivables Fund, Inc.**
c/o Registered Agent
CT Corporation System
251 E. Ohio St., Suite 1100
Indianapolis, IN 46204

**ZB Limited Partnership**
c/o Registered Agent
The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

s/ Daniel A. Edelman
Daniel A. Edelman