AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Eydie T. Diangelo,
individually and on behalf of a class, Plaintiff,

V.

Unifund CCR Partners,
Credit Card Receivables Fund, Inc.,
and ZB Limited Partnership, Defendants.

CASE NUMBER: 08CV3205

ASSIGNED JUDGE: JUDGE DARRAH

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

ZB Limited Partnership
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

June 3, 2008

Date

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE June 13 2008 |
|---|---|
| NAME OF SERVER (PRINT) Charles A. Harris | TITLE Process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2711 Centerville Rd Suite 400 Wilmington DE 19808

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/13/08
Date

[signature]
*Signature of Server*

P.O. Box 304 Lansdale PA 19446
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

I, Charles A. Harris, III, do swear, that I served a **Summons, Complaint, and Notice of Motion** on June 13, 2008 to **REGISTERED AGENT FOR ZB Limited Partnership,** and accepted by **MARY T. DRUMMOND the person authorized to accept for The Prentice-Hall Corporation System, Inc.** at the address of **2711 Centerville Road, Suite 400, Wilmington, DE 19808.**

---

I verify that the statements in this return of service are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa C.S.A 4904 related to unworn falsifications to authorities. The server listed below is over the age of 18 and unrelated to the person or persons involved in this matter.

Signature of Process Server
PO Box 304
Lansdale Pa 19446
215-368-1760

Refused TO Sign
signature of person served Home number

June 13 2008 2:10 a.m./p.m. Work number

Sworn to before me

this 13 day of June, 2008

Notary

NOTARIAL SEAL
MICHELE M HARRIS
Notary Public
TOWAMENCIN TWP, MONTGOMERY COUNTY
My Commission Expires Aug 10, 2008

