IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EYDIE T. DIANGELO<br>individually and on behalf of the class defined herein,<br><br>                Plaintiffs,<br><br>    vs.<br><br>UNIFUND CCR PARTNERS;<br>CREDIT CARD RECEIVABLES FUND, INC.,<br>and ZB LIMITED PARTNERSHIP,<br><br>                Defendants. | )<br>)<br>)<br>)  08 CV 3205<br>)<br>)  DISTRICT JUDGE DARRAH<br>)  MAGISTRATE JUDGE SCHENKIER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO:    Daniel A. Edelman
         Cathleen M. Combs
         James O. Latturner
         Tiffany Hardy
         EDELMAN, COMBS, LATTURNER, & GOODWINS, LLC
         120 S. LaSalle Street, 18th Floor
         Chicago, Illinois 60603

      You are hereby notified that on **July 2, 2008,** I filed the Defendants' Answer and Affirmative Defenses to the Plaintiff's Complaint through the court's electronic filing system, a copy of which is hereby served upon you.

                                                          /s/ Kathleen A. Kelley
                                                  One of the Attorneys for Defendants

Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Answer and Affirmative Defenses to the Plaintiff's Complaint** to be sent via e-filing to all attorneys of record (listed above), on July 2, 2008.

                                                                             /s/ Kathleen A. Kelley

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EYDIE T. DIANGELO<br>individually and on behalf of the class defined herein,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNIFUND CCR PARTNERS;<br>CREDIT CARD RECEIVABLES FUND, INC.,<br>and ZB LIMITED PARTNERSHIP,<br><br>    Defendants. | )<br>)<br>)<br>) 08 CV 3205<br>)<br>) DISTRICT JUDGE DARRAH<br>) MAGISTRATE JUDGE SCHENKIER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

TO: Daniel A. Edelman
   Cathleen M. Combs
   James O. Latturner
   Tiffany Hardy
   EDELMAN, COMBS, LATTURNER, & GOODWINS, LLC
   120 S. LaSalle Street, 18th Floor
   Chicago, Illinois  60603

  You are hereby notified that on **July 2, 2008,** I filed the Defendants' Answer and Affirmative Defenses to the Plaintiff's Complaint through the court's electronic filing system, a copy of which is hereby served upon you.


                __/s/ Kathleen A. Kelley_____
                One of the Attorneys for Defendants


Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:  (312) 321-0990

**CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Answer and Affirmative Defenses to the Plaintiff's Complaint** to be sent via e-filing to all attorneys of record (listed above), on July 2, 2008.

                                                       /s/ Kathleen A. Kelley