UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Eydie T. Diangelo
                        Plaintiff,

v.                                                Case No.: 1:08−cv−03205
                                                         Honorable John W. Darrah

Unifund CCR Partners, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable John W. Darrah: Status hearing held and continued to 10/9/08 at 9:00 a.m. for scheduling for trial. Defendant to produce outstanding materials by the deadlines stated on the record. Mailed notice. (maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.